# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WORKERS'                                      NO.  2024 CW 0242
COMPENSATION CORPORATION

VERSUS

RICHARD LADNER D/B/A LADNER                      **JUNE 3, 2024**
SIDING

---

In Re:   Angel Morin Stringer, Independent Administrator for
         the Succession of Richard Ladner, Jr., applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 545336.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide copies of
the notice of mailing of judgment; each pleading on which the
judgment, order, or ruling was founded, including the petition
and any attachments filed with the Motion to Dismiss including
the affidavit and supporting memorandum; pertinent court
minutes; and the file-stamped notice of intent, signed return
date order, and documentation of a timely request for an
extension of the return date and signed order thereon, if any,
in violation of Rule 4-5(C)(6), (8), (10), and (11) of the
Uniform Rules of the Louisiana Courts of Appeal. This court
further directs relator to provide a copy of the complete suit
record, if a new application is filed.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted herein and documentation to
show that the original writ application was timely, and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2. Any new application must be filed on or before June 24,
2024 and must contain a copy of this ruling.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
    FOR THE COURT